So Ordered:

9/28/2026

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
--------------------------------------------------------------x

NIKOLIN ARRA,

Plaintiff,

v.

MARKWAYNE MULLIN, Secretary, U.S. Department of Homeland Security, JOSEPH B. EDLOW, Director of U.S. Citizenship and Immigration Services, TODD BLANCHE, Attorney General,

Defendants.

*All individuals sued in their official capacities.*

--------------------------------------------------------------x

**STIPULATION OF DISMISSAL WITHOUT PREJUDICE**

Civil Action No. 26-cv-4612

(Matsumoto, J.)

IT IS HEREBY STIPULATED AND AGREED, by and between the parties to the above-captioned action, that this action shall be dismissed without prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), with each party to bear its own costs, expenses, and fees.

Dated: New York, New York
August 20, 2026

SHOLLA LAW FIRM P.C.
*Counsel for Plaintiff*
150 Broadway, 13th Floor
Ste 1300
New York, New York 10038

By: ______________________
Patrick C. Crowley, Esq.
(212) 680-4636
pcrowley@shollalawfirm.com

Dated: Central Islip, New York
September 28, 2026

JOSEPH NOCELLA, JR.
United States Attorney
*Counsel for Defendants*
Eastern District of New York
610 Federal Plaza
Central Islip, New York 11722

By: *___/s/ Megan J. Freismuth_______*
Megan J. Freismuth
Assistant U.S. Attorney
(631) 715-7900
megan.freismuth@usdoj.gov